■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT TYLER, Appellant. [715 NYS2d 185] —Judgment unanimously affirmed. Memorandum: Defendant contends that County Court erred in sentencing him as a second felony offender without conducting a hearing to determine whether, as a result of the tolling provision set forth in Penal Law § 70.06 (1) (b) (v), defendant's prior felony conviction was within the 10-year period set forth in Penal Law § 70.06 (1) (b) (iv). That contention is not preserved for our review (see, CPL 470.05 [2]), and we decline to exercise our power to review it as a matter of discretion in the interest of justice (see, CPL 470.15 [6] [a]). We note that our determination is without prejudice to a motion to set aside the sentence as illegal (see, CPL 440.20). (Appeal from Judgment of Ontario County Court, Harvey, J.—Forgery, 2nd Degree.) Present—Pigott, Jr., P. J., Pine, Wisner, Kehoe and Balio, JJ.